IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-499-GCM

| | | |
|---|---|---|
| REPUBLIC CRANE AND EQUIPMENT COMPANY, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | ORDER |
| LIEBHERR MINING & CONSTRUCTION EQUIPMENT, INC., d/b/a Liebherr Construction Equipment Co., | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Gary A. Bryant,** filed June 30, 2016 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Bryant is admitted to appear before this court *pro hac vice* on behalf of Defendant, Liebherr Construction Equipment Company.

**IT IS SO ORDERED.**

Signed: July 1, 2016

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge